UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 17-19455-PGH<br>Lead Case |
| CHARIOTS OF PALM BEACH, INC. | Jointly Administered with<br>17-19458-PGH |
| Debtor<br>_____/ | Chapter: 7 |
| CHARIOTS OF PALM BEACH, INC. | |
| Plaintiff, | Adv. No. 17-01339-PGH |
| vs. | |
| STEPHEN D. HAYMES, et al., | |
| Defendants.<br>_____/ | |

**MOTION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**

Trustee Nicole Testa Mehdipour (the "Trustee"), Chapter 7 Trustee for the bankruptcy estates of Chariots of Palm Beach, Inc. and H & S, Inc. (the "Debtors"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) as made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 7041, hereby files her *Motion for Voluntary Dismissal, Without Prejudice* (the "Motion"), and in supports states:

**Background**

1. On July 27, 2017, the Debtors commenced these now jointly-administered bankruptcy cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.     On August 25, 2017, the Debtors, then proceeding as debtors-in-possession, filed their *Amended Complaint to Determine Nature, Extent, Validity, and Priority of Secured Claims* (the "Amended Complaint") [Adv. Pro. ECF No. 5].

3.     Through the Amended Complaint, the Debtors sought declaratory relief concerning the nature, extent, validity, and priority of secured claims, if any, that the defendants may have against the Debtors and the Debtors' estates.

4.     On September 19, 2017, the Court entered an *Order Converting Cases Under Chapter 11 to Cases Under Chapter 7* (the "Conversion Order") [ECF No. 265].

5.     On that same date, the Office of the U.S. Trustee filed a *Notice of Appointment of Chapter 7 Trustee* [ECF No. 266] in the Debtors' bankruptcy cases, thereby appointing Trustee as the Chapter 7 trustee.

### Relief Requested

6.     The Trustee requests that the Court dismiss the Amended Complaint, without prejudice.

7.     Since her appointment on September 19, 2017, the Trustee has (i) reviewed and investigated the Debtors' business operations; (ii) continues to analyze the Debtors' commercial transactions; and (iii) worked with creditors, consignees, and other interested parties in this case to ensure the progress of these bankruptcy proceedings.

8.     This process is continuing and includes an ongoing analysis of the very information and data necessary to evaluate the merits of the Amended Complaint filed by the Debtors prior to Trustee's appointment.

9.     After review of the Amended Complaint, the Trustee has concerns as to the allegations plead by the Debtors and whether pursuit of this action will produce any benefit to

the Debtors' estates.  The Trustee believes it is prudent to dismiss this matter now, to stop further administrative fees and expenses while her investigation continues.

10. Under these circumstances, the Trustee respectfully requests that the Court grant voluntary dismissal of this matter, without prejudice.

**WHEREFORE,** Trustee respectfully requests that the Court enter an Order (a) granting the Motion, and (ii) dismissing the Amended Complaint, without prejudice.

Dated:  November 9, 2017                    Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Counsel for Trustee*
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone:    (954) 525-7500
Facsimile:    (954) 761-8475

By: /s/  *Kristopher E. Aungst, Esq.*
         Kristopher E. Aungst, Esq.
         Florida Bar No.0055348
         kea@trippscott.com
         Jesse R. Cloyd, Esq.
         Florida Bar No. 0058388
         jrc@trippscott.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2017, I filed the foregoing with the Court via the CM/ECF system which sent notification to all parties of interest entitled to notice as indicated on the attached service list, and that a true copy hereof was sent on November 9, 2017, by U.S. First Class mail to all parties entitled to notice as indicated on the attached service list.

/s/ *Kristopher E. Aungst*
Kristopher E. Aungst, Esq.
Florida Bar No. 055348

## SERVICE LIST

**17-01339-PGH Notice will be electronically mailed to:**

Kristopher Aungst, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
kea@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Michael R. Bakst, Esq. on behalf of Defendant Anchor Commercial Bank
efileu1094@gmlaw.com,
FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Scott N Brown, Esq on behalf of Defendant Howard Winkelvoss
sbrown@bastamron.com,
dtimpone@bastamron.com;hgerson@bastamron.com;zlaux@bastamron.com

Angelo M Castaldi on behalf of Plaintiff Nicole Testa Mehdipour
axm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com;lxc@trippscott.com

Labeed A Choudhry on behalf of Defendant Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Labeed A Choudhry on behalf of Defendant Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Jesse R Cloyd on behalf of Plaintiff Nicole Testa Mehdipour
jrc@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Ashley J Dillman Bruce on behalf of Defendant Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

William A Fleck on behalf of Defendant Daniel Jack Keegan
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Defendant William V. Mauro
wfleck@jla.legal, info@jla.legal

Michael Foster on behalf of Plaintiff Nicole Testa Mehdipour
mcf@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Julianne R. Frank on behalf of Defendant Alan Gilison
fwbbnk@fwbpa.com

Andrew Fulton IV, Esq on behalf of Defendant Richard P. Facchine
andrew@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

1523782v1 995516.0039

David L Gay, Esq. on behalf of Defendant Nextgear Capital, Inc.
dgay@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com

Malinda L Hayes, Esq. on behalf of Defendant LQD Business Finance LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

James R McCachren on behalf of Defendant J&G Capital Group LLC
jrmccachren@sgrlaw.com,
dhsmith@sgrlaw.com;apelegrin@sgrlaw.com;bhall@sgrlaw.com;jmull@sgrlaw.com

Steven S Newburgh on behalf of Interested Party Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;KSingleton@mclaughlinstern.com;legalintern@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party H & S, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;KSingleton@mclaughlinstern.com;legalintern@mclaughlinstern.com

Eric S Pendergraft on behalf of Defendant Mark Foley
ependergraft@slp.law,
dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com

Eric S Pendergraft on behalf of Defendant Ross William Walter Meltzer
ependergraft@slp.law,
dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com

Chad P Pugatch, Esq. on behalf of Defendant Legacy Bank of Florida
cpugatch.ecf@rprslaw.com

Alexis S Read on behalf of Defendant Wolf Von Falkenberg
alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com

Heather L. Ries, Esq. on behalf of Defendant North Florida Mango Credit LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

William G Salim Jr on behalf of Defendant Legacy Bank of Florida
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Jeffrey M Siskind on behalf of Defendant Stephen D. Haymes
jeffsiskind@msn.com, jmsesq500@gmail.com

**17-01339-PGH Notice will not be electronically mailed to:**

Robert Berens
21 Hoffstot Ln
Sands Point, NY 11050

1523782v1 995516.0039

Sanford Berens
5 Benedictine Retreat
Savannah, GA 31411

Flagler Bank
c/o Loretta A. Kenna
9715 West Broward Blvd., # 321
Plantation, FL 33324

Susan Gilison
c/o Julianne Frank Esq
15089 Jamaica Dr
Palm Beach Gardens, FL 33410

Bruce Haley
101 Firestone Circle
Roslyn, NY 11576

Roger Isphording
240 Nokomis Ave S #200
Venice, FL 34285

Michael Anthony Joseph
12402 Hautree Court
Palm Beach Gardens, FL 33418

Joyce L. Morrow
434 Drummers Lane
Wayne, PA 19087-1562

Albert Gleaves Van Metre, Jr
9900 Main St #500
Fairfax, VA 22031

Deadria Van Metre
9900 Main St #500
Fairfax, VA 22031

Kirsten White
440 Seabreeze Avenue
Palm Beach, FL 33480-4107

1523782v1 995516.0039