

ORDERED in the Southern District of Florida on February 12, 2018.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 17-19455-PGH (Jointly Administered with Case No.: 17-19458-PGH) |
| CHARIOTS OF PALM BEACH, INC, | |
| | Chapter 11 |
| Debtor in Possession. _____/ | |
| CHARIOTS OF PALM BEACH, INC, and H&S, INC. | Case No.: 17-01339-PGH |
| Plaintiff | |
| vs. | |
| ANCHOR COMMERICAL BANK, FLAGLER BANK, ET AL | |
| Defendants. _____/ | |

**ORDER GRANTING MOTION TO DISMISS CROSSCLAIMS FILED BY NEXTGEAR CAPITAL, INC. AGAINST ANCHOR BANK, ET AL [ECF. NO. 112 AND 124] AND/OR FOR ABSTENSION**

THIS MATTER came before the Court on the 6th day of February 2018 in West Palm Beach, Florida, pursuant to Anchor Commercial Bank's *Motion to Dismiss Crossclaims filed by Nextgear Capital, Inc. Against Anchor Bank, et al [ECF No. 112 and ECF No. 124] and/or for Abstention* (the "Motion") [ECF No. 168]. The Court, having reviewed the Motion, having heard the argument of counsel, and having being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. For the reasons stated on the record, the Court abstains from ruling on this Adversary Proceeding and the cross claims filed by NextGear Capital, Inc. against Anchor Commercial Bank, et al. As a result, this Adversary Proceeding is dismissed without prejudice.

2. For the reasons stated on the record, the Court also abstains from ruling on the Counter-Claim against the Trustee and the Cross-Claims against NextGear Capital, Inc. and Flagler Bank filed by Wolf von Falkenberg. As a result, said Adversary Proceeding is also dismissed without prejudice.

3. The Trustee shall interplead the $1.2 million in cash collateral that she is currently holding into a state or federal court proceeding when one is filed, because the Trustee does not claim an interest in such funds. This shall be without prejudice to the Trustee seeking to surcharge such funds and any objections thereto.

4. All parties' rights are hereby expressly preserved, and the entry of this order does not result in the waiver of any party's rights with respect to the claims and defenses raised herein.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach FL  33401

(561) 838-4523
michael.bakst@gmlaw.com

**[Michael R. Bakst shall furnish a copy of this Order to all parties listed below and file a certificate of service with the Court.]**

**Electronic Mail Notice List**

- Kristopher Aungst    kea@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com
- Scott N Brown    sbrown@bastamron.com, dtimpone@bastamron.com;hgerson@bastamron.com;zlaux@bastamron.com;susman@bastamron.com
- Angelo M Castaldi    axm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com;lxc@trippscott.com
- Labeed A Choudhry    lchoudhry@warddamon.com, litservice@warddamon.com
- Jesse R Cloyd    jrc@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com
- Ashley J Dillman Bruce    adbruce@bergersingerman.com, efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com
- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;nnayor@dunnlawpa.com;tyler.stull@dunnlawpa.com
- William A Fleck    wfleck@jla.legal, info@jla.legal
- Michael Foster    mcf@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com
- Julianne R. Frank    fwbbnk@fwbpa.com
- Andrew Fulton IV    andrew@kelleylawoffice.com, lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com
- David L Gay    dgay@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com
- Malinda L Hayes    malinda@businessmindedlawfirm.com, mlhbnk@gmail.com
- James R McCachren    jrmccachren@sgrlaw.com, dhsmith@sgrlaw.com;apelegrin@sgrlaw.com;bhall@sgrlaw.com;jmull@sgrlaw.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com
- Chad P Pugatch    cpugatch.ecf@rprslaw.com
- Alexis S Read    alexis.read@dunnlawpa.com, nnayor@dunnlawpa.com
- Heather L. Ries    hries@foxrothschild.com, ralbert@foxrothschild.com
- William G Salim Jr    wsalim@mmsslaw.com, cleibovitz@mmsslaw.com
- Meredith Mishan Silver    msilver@phillipslawyers.com, tedwards@phillipslawyers.com

**Manual Notice List**

Anchor Commercial Bank
c/o Scott J. Leitten, Esq.
1001 N. U.S. Highway One
Suite 400
Jupiter, FL 33477

Robert Berens
21 Hoffstot Ln
Sands Point, NY 11050

Sanford Berens
5 Benedictine Retreat
Savannah, GA 31411

Flagler Bank
c/o Loretta A. Kenna
9715 West Broward Blvd., # 321
Plantation, FL 33324

Bruce Haley
101 Firestone Circle
Roslyn, NY 11576

Roger Isphording
240 Nokomis Ave S #200
Venice, FL 34285

Michael Anthony Joseph
12402 Hautree Court
Palm Beach Gardens, FL 33418

LQD Business Finance LLC
329 W 18th St #601
Chicago, IL 60616-1772

Legacy Bank of Florida
2300 Glades Road
Ste. 140W
Boca Raton, FL 33431

Nicole Testa Mehdipour
c/o Kristopher Aungst, Esq.
110 SE 6th St. 15 Floor
Fort Lauderdale, FL 33301

Joyce L. Morrow
434 Drummers Lane
Wayne, PA 19087-1562

Nextgear Capital, Inc.
1320 City Center Drive, Suite 100
Carmel, IN 46032

Route 66 HF Holdings, LLC
118 King Street, 2nd Floor
Alexandria, VA 22314-3288

Albert Gleaves Van Metre
9900 Main St #500
Fairfax, VA 22031

Deadria Van Metre
9900 Main St #500
Fairfax, VA 22031

Kirsten White
440 Seabreeze Avenue
Palm Beach, FL 33480-4107

02092018/jdj
49966.0001

-